1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK L. JOHNSON, | ) | NO. EDCV 14-1817-GW (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KENNETH J. FERNANDEZ, | ) | |
| Respondent. | ) | |

        IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


DATED:  September 23, 2014.


                                    _____
                                              GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE